IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYETTA WILKERSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPT. OVERMEYER, *et al.*, | : | |
| Respondents. | : | NO.  22-CV-3952 |

RESPONDENTS' MOTION FOR APPOINTMENT OF COUNSEL
AND TO STAY BRIEFING SCHEDULE

Respondents respectfully request the appointment of federal habeas corpus counsel for pro se Petitioner Kenyetta Wilkerson under 18 U.S.C. § 3006A(a)(2)(B) and that the current briefing schedule be stayed because of a note in the Philadelphia Police Department's file that suggests a potential alternative suspect.

1. Kenyetta Wilkerson is serving a sentence of 22 and a half to 45 years after convictions for third-degree murder and possession of an instrument of crime.

2. On October 4, 2022, Wilkerson filed a pro se petition for a writ of habeas corpus. She raised several claims, including actual innocence and that her guilty plea was not knowing and voluntary (ECF No. 2).

3. In April of 2014, Wilkerson pleaded guilty to third-degree murder and possession of an instrument of crime after confessing to detectives that

she stabbed decedent Kendra Burton multiple times. N.T. 4/21/14, at 17–20. Wilkerson had previously given a statement to the police where she did not say that she was involved.

4. Wilkerson gave her confession to Officers Micah Spotwood and Edward Tolliver of the Philadelphia Police Department. Before giving her confession to Officers Spotwood and Tolliver, Wilkerson met individually with Detective Tolliver for at least two hours. During review on habeas, the Commonwealth identified a police misconduct disclosure ("PMD") notice related to Officer Tolliver. The Philadelphia Police Department's Internal Affairs ("IA") sustained a finding that, in a separate matter, Officer Tolliver had physically assaulted someone after being called to the scene of a domestic violence incident. Tolliver was exonerated of false arrest, but IA noted that officers' misinterpretation of a protection order led to unnecessary escalation and that protocol was not followed when a supervisor was not called to the scene. IA also noted that the detectives present at that scene did not properly document the injuries that Tolliver's use-of-force caused.

5. In her direct appeal, Wilkerson claimed that her plea was not voluntary—alleging that her confession was coerced. *Commonwealth v. Wilkerson*, 895 EDA 2020 (Pa. Super. Jan. 11, 2021), at 6 n.1. In her PCRA, she

raised a similar claim and told PCRA counsel, James Lloyd,[1] that her confession was coerced. *See Commonwealth v. Wilkerson*, CP-51-CR-0008293-2013, *Finley* Letter (June 24, 2021), at 7. PCRA counsel filed a *Finley* letter before the PCRA court dismissed Wilkerson's petition.

6. During habeas review, the Commonwealth identified a note in the police's file that says "Corey stabbed Kendra." (The decedent's name being Kendra Burton.) The file does not indicate other references to someone named Corey or attempts to locate that person.

7. Because of the existence of this note and because an officer integral to the investigation had previously engaged in misconduct that Wilkerson may not have known about, Respondents respectfully request that federal habeas counsel be appointed under 18 U.S.C. § 3006A(a)(2)(B).

8. Counsel will be able to closely investigate the Commonwealth's and police's files and further develop Wilkerson's claims, as necessary.

9. Under the current briefing schedule Respondents' response is due on September 2, 2023.

---

[1] Lloyd was publicly reprimanded in July 2020 for violating several Rules of Professional Conduct, including RPC 1.3, which requires acting with reasonable diligence and promptness in representing a client.

10.     Although respondents take no position yet on the merits of Wilkerson's claims, respondents respectfully request an appointment of counsel for Wilkerson and to stay the briefing schedule to allow counsel to meet with Wilkerson and prepare for next steps.

Respectfully submitted,

*/s/ Omar Khawaja*
Omar Khawaja
Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENYETTA WILKERSON,** : | | CIVIL ACTION |
| Petitioner, : | | |
| : | | |
| v. : | | |
| : | | |
| **SUPT. OVERMEYER,** *et al.*, : | | |
| Respondents. : | | NO.  22-CV-3952 |

### CERTIFICATE OF SERVICE

I certify that on August 22, 2023 a copy of this motion was mailed to Petitioner at the following address:

Smart Communications/PA DOC
Kenyetta Wilkerson/#OV4201
SCI Cambridge Springs
P.O. Box 33028
St. Petersburg, FL 33733


<u>/s/ Omar Khawaja</u>
Omar Khawaja
Assistant District Attorney
Federal Litigation Unit